UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERRATO JOSE RAMOS,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>   Respondent. | Case No. CV 08-52 JHN (JC)<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

 DATED: October 17, 2011

       _____
       HONORABLE JACQUELINE H. NGUYEN
       UNITED STATES DISTRICT JUDGE